No. 09–1380. National Football League et al. v. Williams et al. C. A. 8th Cir. Certiorari denied.

No. 09–1490. Garcia v. Florida Bar. Sup. Ct. Fla. Certiorari denied.

No. 09–1578. Altus Finance S. A. et al. v. SAFG Retirement Services, Inc., fka AIG Retirement Services, Inc. C. A. 9th Cir. Certiorari denied.

No. 09–10938. Voyles v. Hill, Superintendent, Powder River Correctional Facility. C. A. 9th Cir. Certiorari denied.

No. 10–61. Dworkin et al. v. Tamburo, dba Man's Best Friend Software, et al. C. A. 7th Cir. Certiorari denied.

No. 10–177. Miller v. Jenkins. Sup. Ct. Va. Certiorari denied.

No. 10–317. Mawulawde v. Board of Regents of the University System of Georgia et al. C. A. 11th Cir. Certiorari denied.

No. 10–319. Hankey, Individually and as Administratrix of the Estate of Rohrbaugh v. Wexford Health Sources et al. C. A. 3d Cir. Certiorari denied.

No. 10–325. Dutton v. Montgomery County, Maryland, et al. C. A. 4th Cir. Certiorari denied.

No. 10–350. Doe et al. v. Sebelius, Secretary of Health and Human Services. C. A. Fed. Cir. Certiorari denied.

No. 10–358. Dunn et al. v. Sziranyi. C. A. 11th Cir. Certiorari denied.

No. 10–359. Pablo-Sanchez et al. v. Holder, Attorney General. C. A. 6th Cir. Certiorari denied.